Parker H. Bagley (PB0552)
Jason M. Gonder (JG3236)
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Attorneys for Plaintiff,
Lehman Brothers Holdings Inc.



**08 CV 01066**

RECEIVED
FEB 01 2008
U.S.D.C. S.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | CASE NO. |
| Plaintiff, | PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT |
| v. | |
| JOHN CRUPPER II, LEHMAN ENTERPRISES, INC., LEHMAN TRADING POST, INC., and LEHMAN COMMODITY FUND MANAGEMENT INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Lehman Brothers Holdings Inc. ("Lehman"), through its undersigned counsel, states:

1. Lehman has no parent corporation.

2. No publicly held corporation owns 10% or more of Lehman's stock.

Dated: February 1, 2008					By: _____
							Parker H. Bagley (PB0552)
							Jason M. Gonder (JG3236)
							MILBANK, TWEED, HADLEY & McCLOY LLP
							1 Chase Manhattan Plaza
							New York, New York 10005
							(212) 530-5000

							Attorneys for Plaintiff,
							Lehman Brothers Holdings Inc.