GRIESA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN CRUPPER II, LEHMAN ENTERPRISES, INC., LEHMAN TRADING POST, INC., and LEHMAN COMMODITY FUND MANAGEMENT INC., <br><br> Defendants. | CASE NO. 08 CV 01066 (TPG) <br><br> STIPULATION AND [PROPOSED] ORDER |



RECEIVED MAR 25 2008 CHAMBERS OF JUDGE GRIESA

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Lehman Brothers Holdings, Inc., through its undersigned counsel, and John Crupper II, on behalf of defendants, John Crupper II, Lehman Enterprises, Inc., and Lehman Trading Post, Inc. (collectively, "Defendants") that as of March 6, 2008: (1) Defendants accepted service of the Summons and Complaint; and (2) subject to the Court's approval, Defendants' time to respond to the Complaint shall be extended to April 4, 2008.

Dated: March 21, 2008

By: _____
Parker H. Bagley (PB0552)
Jason M. Gonder (JG3236)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Plaintiff,*
*Lehman Brothers Holdings, Inc.*

Dated: March 20, 2008

By: _____
John Crupper II
7437 East 97th Street
Tulsa, Oklahoma 74133
*Pro Se Defendant and Principal for Defendants,*
*Lehman Enterprises, Inc., and Lehman Trading Post, Inc.*

ORDERED this 26th day of March, 2008

_____
Hon. Thomas P. Griesa, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

MICROFILMED 3/27/2008 -12:00 PM

Returned to chambers for scanning on 4/1/08
Scanned by chambers on 4/1/08