```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN CRUPPER II, LEHMAN ENTERPRISES, INC., LEHMAN TRADING POST, INC., and LEHMAN COMMODITY FUND MANAGEMENT INC., <br><br> Defendants. | CASE NO. 08 CV 01066 (JGK) <br><br> **[PROPOSED] JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Lehman Brothers Holdings Inc., and Defendants, John Crupper II, Lehman Enterprises, Inc., Lehman Trading Post, Inc., and Lehman Commodity Fund Management Inc., (collectively "Defendants"), hereby jointly stipulate to the dismissal with prejudice of all claims made in this action against the Defendants.

Each party shall bear its own costs and fees in this action.

Dated: June 16, 2008
New York, New York

_____
Parker H. Bagley (PB0552)
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Phone: (212) 530-5000
Fax: (212) 530-5219
Attorneys for Plaintiff,
Lehman Brothers Holdings Inc.,

_____
John Lehman Crupper II
7437 East 97th Street
Tulsa, Oklahoma 74133
*Pro Se Defendant and Principal for
Defendants, Lehman Enterprises, Inc. and
Lehman Trading Post, Inc.*

**IT IS SO ORDERED.**

Dated: 6/18/08
New York, New York

_____
Honorable John G. Koeltl
United States District Judge